# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| ANGELOS WASHINGTON )<br>　　　Plaintiff, )<br> )<br>v. )<br> )<br>CENTURION HEALTH SERVICES, )<br>et al. )<br>　　　Defendants. ) | Case No. 3:23-cv-00301<br>Judge Trauger/Frensley |

## ORDER

Pending before the court is a pleading filed by the pro se prisoner plaintiff in this matter styled "Motion for declaration of process by mail." Docket No. 35. The substance of the plaintiff's motion is as follows:

> I, the Plaintiff am requesting that I have the right to follow though this lawsuit by mail, in writing, please. Thank you. Plaintiff requests that all future orders and memorandum be mailed to his address below:

*Id.*

To the extent that the Plaintiff's motion (Docket No. 35) requests that he be allowed to submit pleadings in this matter by mail, the motion is **GRANTED**. The court will provide him with copies of any further orders to the address indicated in the motion which is the mailing address the court has on the docket for him.

**IT IS SO ORDERED**.

**JEFFERY S. FRENSLEY**
**U. S. Magistrate Judge**