IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELOS WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00301 |
| ) | Judge Trauger |
| STATE OF TENNESSEE, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On July 19, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 92), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Clerk shall transfer this case to the U.S. District Court for the Eastern District of Tennessee, Southern Division.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge